UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: William R. Klopfenstein          Case No: 14-42442
                                                        Judge: Oxholm
                                                        Chapter 7

_____/

## EX-PARTE MOTION TO REOPEN CASE

      NOW COMES Debtor, William R. Klopfenstein, by and through his attorneys, Lefkowitz Law Group, and states as follows:

      1. Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on February 20, 2014 and the case was closed and a discharge was entered on May 28, 2014.

      2. That the Debtor inadvertently forgot to disclose a class action lawsuit he was apart of that was filed in 2012. The case is Southern District of Ohio, 1:12-cv-00851-MRB.

      3. The Debtor seeks to re-open the case solely to Amend Schedules A/B to disclose and to amend Schedule C to exempt the potential settlement amount of Approximately $255.00.

      4. Counsel for the Debtor has reached out to his Chapter 7 Trustee and he is aware of the matter.

      5. The settlement amount he will be receiving is a small amount but the attorney for the class action lawsuit informed me that he is a plaintiff that represents a class and it is important that he remains a Plaintiff.

      4. There will be no prejudice to any interested parties as the Debtor has plenty of Wildcard Exemption pursuant to 11 U.S.C. § 522(d)(5).

      6. The Debtor did not purposely omit this on his originally filed schedules this was simply a mistake because it was a class action lawsuit.

      WHEREFORE, Debtor prays this Honorable Court will enter an order allowing the Debtor to reopen this case to file Amended Schedules A/B and Schedule C.

                                                          /s/ Morris B. Lefkowitz
                                                          Morris B. Lefkowitz (P31335)
                                                          Attorney for Debtor(s)
                                                          29777 Telegraph Road, Suite 2440
                                                          Southfield, MI 48034
                                                          (248) 559-0180
                                                          morris@lefkowitzlawgroup.com

Dated: May 5, 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: William R. Klopfenstein  Case No: 14-42442
　　　　　　　　　　　　　　　Judge: Oxholm
　　　　　　　　　　　　　　　Chapter 7

_____/

## ORDER ALLOWING DEBTOR TO REOPEN THE CHAPTER 7

　　An Ex-Parte Motion to Reopen the Chapter 7 Case for the sole purpose of allowing the Debtor to amend Schedules A/B and Schedule C to include the Class Action LawSuit and the Court being advised:

　　IT IS HEREBY ORDERED that Case No: 14-42442 is re-opened for the sole purpose of allowing the Debtor to amend Schedules A/B and Schedule C to include the Class Action Lawsuit and exempt the potential settlement funds.

　　IT IS FURTHER ORDERED that upon the Chapter 7 Trustee re-issuing a Report of No Distribution the Clerk may close this case.

Exhibit "A"